**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KESHON BERNARD COOPER,<br><br>        Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY,<br><br>        Respondent. | Case No. CV 15-8683 JFW (SS)<br><br>**ORDER ACCEPTING AS MODIFIED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge, modified to expressly reflect that Respondent's Motion to Dismiss is granted.

\\

\\

\\

    **IT IS ORDERED** that the Motion to Dismiss is granted, the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  October 5, 2016

                              _____
                              JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE