JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHON BERNARD COOPER, | Case No. CV 15-8683 JFW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 5, 2016

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE